ORIGINAL

RECEIVED

JAN 21 2020

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

In re DMCA Subpoena to Cloudflare, Inc.

_____
Plaintiff

v.

_____
Defendant

)
)
)
)
)
)

**CV20**

Civil Action No.

**80 0016 MISC**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Cloudflare, Inc.

To: _____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See description in Exhibit A, attached hereto

| Place: Marshall Suzuki Law Group, LLP 230 California Street, Suite 415, San Francisco, CA 94111 | Date and Time: 02/17/2020 11:00 am |
|---|---|

BY FAX

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
CSJJ Media, Inc _____ , who issues or requests this subpoena, are:

Junji Suzuki, Marshall Suzuki Law Group, LLP, 230 California Street, Suite 415, San Francisco, CA 94111

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

   **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

   **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

   **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

   **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

   **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

   **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

   **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

# Exhibit B

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker < ██████████████ > |
| **Sent:** | Friday, December 13, 2019 11:13 AM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'abuse@godaddy.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - Kissjav - CJII 1 |

Time: 10:55 AM
Date: December 13, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; abuse@godaddy.com

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ██████████████████  Phoenix, AZ 85016 USA

Infringing Material:

1. https://kissjav.com/71975/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1563-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%9!
   %E7%B5%90%E5%9F%8E%E3%83%9F%E3%82%AF%E3%83%8B/
2. https://kissjav.com/73210/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1564-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-
   %E6%A9%98%E5%96%9C%E4%BB%A3%E5%AD%90/
3. https://kissjav.com/74611/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1566-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-
   %E6%A8%B9%E7%94%B0%E7%90%86%E5%B2%99/
4. https://kissjav.com/76388/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1568-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-
   %E9%87%91%E6%BE%A4%E8%90%8C%E7%B5%B5/
5. https://kissjav.com/77247/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1569-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%9!
   %E9%A0%88%E7%94%B0%E9%BA%BB%E9%87%8C/

1

6. https://kissjav.com/78545/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1570-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E9%
7. https://kissjav.com/79754/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1571-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%9
   %E7%AC%A0%E9%96%93%E6%9C%89%E5%B8%8C/
8. https://kissjav.com/81576/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1573-
   %E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%9
   %E8%92%BC%E4%B9%83%E8%8C%9C/
9. https://kissjav.com/85260/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n0762-
   %E5%88%9D%E3%82%AB%E3%83%B3%E3%82%B9%E3%83%AC%E3%83%B3%E3%83%80%E3%83%BC%E8%9
10. https://kissjav.com/85248/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n0780-%E5%88%9D%E3%82%A;
    %E8%97%A4%E5%8E%9F%E9%81%BC%E5%AD%902%E7%A9%B4%E5%A3%8A%E3%82%AB%E3%83%B3/
11. https://kissjav.com/86825/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n0783-%E3%81%82%E3%81%9/
    %E6%9D%B1%E7%86%B1%E8%A6%8B%E7%B4%8D%E3%82%813%E7%A9%B4%E3%82%AB%E3%83%B3/
12. https://kissjav.com/27343/tokyo-hot-n0893-honda-tsubasa/
13. https://kissjav.com/57158/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1093-%E9%AC%BC%E9%80%9
    %E5%B7%9D%E5%B6%8B%E4%BA%9C%E5%B8%8C/
14. https://kissjav.com/10745/tokyo-hot-n1148-big-boobs-shameless-core-play-hagiwara-kaho/
15. https://kissjav.com/11584/tokyo-hot-n1149-three-holes-fuck-bride-nishijima-reina/
16. https://kissjav.com/10744/tokyo-hot-n1150-sensitive-body-s-acme-world/
17. https://kissjav.com/11713/tokyo-hot-n1151-sweet-big-boobs-shameless-play-hazuki-ayane/
18. https://kissjav.com/11496/tokyo-hot-n1152-first-time-creampie-debut-anjo-manami/
19. https://kissjav.com/11607/tokyo-hot-n1153-arimura-midori/
20. https://kissjav.com/11947/tokyo-hot-n1154-takakura-riko/
21. https://kissjav.com/12388/tokyo-hot-n1160-bouble-big-boobs-lewd-ladys/
22. https://kissjav.com/12311/tokyo-hot-n1161-kato-moe/
23. https://kissjav.com/12302/tokyo-hot-n1162-anjo-manami/
24. https://kissjav.com/12369/tokyo-hot-n1163-mana-kitahara/

Location of original works: https://my.tokyo-hot.com

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███ Services, Inc. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |

| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

Jason Tucker
SKYPE: ███████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker < ███████████████ > |
| **Sent:** | Monday, December 16, 2019 10:02 AM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'abuse@godaddy.com' |
| **Subject:** | DMCA Notice for Copyright Infringement – CJII – ███ - KissJav |

Time: 10:00 AM
Date: December 16, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; abuse@godaddy.com

**RE: DMCA Notice for Copyright Infringement – CJII – ███ - KissJav**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ████████████████████ Phoenix, AZ 85016 USA

Infringing Material:

https://kissjav.com/12195/tokyo-hot-n1164-toda-mami/

https://kissjav.com/12349/tokyo-hot-tk-n1166-shiina-yuzu/

https://kissjav.com/12241/tokyo-hot-n1167-mizuno-haruka/

https://kissjav.com/12196/tokyo-hot-n1168-asakura-yumi/

https://kissjav.com/13866/tokyo-hot-n1169-hagiwara-kahohazuki-ayane/

https://kissjav.com/13909/tokyo-hot-n1170-haneda-mari/

https://kissjav.com/13863/tokyo-hot-n1172-shiina-yuzumizuno-haruka/

https://kissjav.com/13952/tokyo-hot-n1173-yoshida-rio/

https://kissjav.com/13918/tokyo-hot-n1174-anzai-misa/

1

https://kissjav.com/13911/tokyo-hot-n1175-yokoyama-yumi/

https://kissjav.com/13916/tokyo-hot-n1176-kitahara-mana/

https://kissjav.com/13873/tokyo-hot-n1177-ono-risa/

https://kissjav.com/14019/tokyo-hot-n1178-nishikawa-miho/

https://kissjav.com/15471/tokyo-hot-n1180-nakai-ayaka/

https://kissjav.com/15475/tokyo-hot-n1181-yoshida-rio/

https://kissjav.com/15469/tokyo-hot-n1182-nanase-tomoka/

https://kissjav.com/15479/tokyo-hot-n1183-fujii-nana-mashiro-airi/

https://kissjav.com/15473/tokyo-hot-n1184/

https://kissjav.com/15586/tokyo-hot-n1185-kashiwagi-nozomi/

https://kissjav.com/15896/tokyo-hot-n1186-kitahara-mana-toda-mami/

https://kissjav.com/15875/tokyo-hot-n1187-nakamura-shiho/

https://kissjav.com/16588/tokyo-hot-n1188-nakai-ayaka/

https://kissjav.com/17023/tokyo-hot-n1189-kobayashi-rio/

https://kissjav.com/17388/tokyo-hot-n1190-watabe-haruka/

https://kissjav.com/17728/tokyo-hot-n1191-kinoshita-rika/

https://kissjav.com/18102/tokyo-hot-n1192-kashiwagi-nozomi/

https://kissjav.com/18096/tokyo-hot-n1193-hirayama-natsumi/

https://kissjav.com/18249/tokyo-hot-n1194-kobashi-kumi/

https://kissjav.com/18518/tokyo-hot-n1195-asai-nao/

https://kissjav.com/19901/tokyo-hot-n1199-harada-shiho/

https://kissjav.com/20240/tokyo-hot-n1200-okamoto-akane/

https://kissjav.com/20680/tokyo-hot-n1201-hirayama-natsumi/

https://kissjav.com/20500/tokyo-hot-n1202-kaneko-yuna/

https://kissjav.com/20746/tokyo-hot-n1203-kobayashi-rio/

https://kissjav.com/20747/tokyo-hot-n1204-yoshida-rio-nakamura-shiho/

https://kissjav.com/21132/tokyo-hot-n1205-suzuki-riona/

https://kissjav.com/21121/tokyo-hot-n1206-okuno-mika/

https://kissjav.com/21496/tokyo-hot-n1207-harada-shiho/

https://kissjav.com/21694/tokyo-hot-n1208-odagiri-arisa/

https://kissjav.com/21690/tokyo-hot-n1209-tanabe-misaki/

https://kissjav.com/22461/tokyo-hot-n1210-hirai-eri/

https://kissjav.com/22690/tokyo-hot-n1211-asami-seira/

https://kissjav.com/22874/tokyo-hot-n1212-maeda-sara/

https://kissjav.com/23122/tokyo-hot-n1213-hirayama-natsumi/

https://kissjav.com/23308/tokyo-hot-n1214-suzuki-riona/

https://kissjav.com/23734/tokyo-hot-n1215-morinaga-emi/

https://kissjav.com/24215/tokyo-hot-n1216-imai-nana/

https://kissjav.com/24265/tokyo-hot-n1217-odagiri-arisa/

https://kissjav.com/24973/tokyo-hot-n1218-miyashita-honami/

https://kissjav.com/24223/tokyo-hot-n1219-hirai-eri/

https://kissjav.com/24417/tokyo-hot-n1220-kobayashi-rio-asai-nao/

https://kissjav.com/24452/tokyo-hot-n1221-sakurai-mari/

https://kissjav.com/24925/tokyo-hot-n1222-kondo-sena/

https://kissjav.com/25382/tokyo-hot-n1223-asami-seira-maeda-sara/

https://kissjav.com/25145/tokyo-hot-n1224-koike-mana/

https://kissjav.com/25162/tokyo-hot-n1225-fujii-saya/

https://kissjav.com/25895/tokyo-hot-n1226-arisa-odagiri/

https://kissjav.com/25904/tokyo-hot-n1227-erina-fujimoto/

https://kissjav.com/26291/tokyo-hot-n1228-fujimoto-erina/

https://kissjav.com/37149/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1229-splash-squirting-hard-acme-part1/

https://kissjav.com/27350/tokyo-hot-n1230-eri-hirai/

3

https://kissjav.com/26907/tokyo-hot-n1231-mari-sakurai-cutie-beauty-first-anal-play-part-1/

https://kissjav.com/27048/tokyo-hot-n1232-sakurai-mari/

https://kissjav.com/27514/tokyo-hot-n1233-nanjo-kumi/

https://kissjav.com/28228/tokyo-hot-n1235-fujii-saya/

https://kissjav.com/55371/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1235-
%E3%82%B3%E3%82%B9%E3%83%97%E3%83%AC%E7%BE%8E%E5%B7%A8%E4%B9%B3%E5%A8%98%E9%A9%9A%E6
%84%95%E6%BF%80%E9%9C%87%E3%82%AB%E3%83%B3-%E5%89%8D%E7%B7%A8/

https://kissjav.com/55370/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1236-
%E3%82%B3%E3%82%B9%E3%83%97%E3%83%AC%E7%BE%8E%E5%B7%A8%E4%B9%B3%E5%A8%98%E9%A9%9A%E6
%84%95%E6%BF%80%E9%9C%87%E3%82%AB%E3%83%B3-%E5%BE%8C%E7%B7%A8/

https://kissjav.com/29233/tokyo-hot-n1237-yuri-konno/

https://kissjav.com/55621/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1237-
g%E3%82%AB%E3%83%83%E3%83%97%E7%BE%8E%E5%B0%91%E5%A5%B3%E5%AE%8C%E5%85%A8%E5%AC%B2%E
3%82%AB%E3%83%B3-%E5%89%8D%E7%B7%A8/

https://kissjav.com/29158/tokyo-hot-n1238-yuri-konno/

Location of original works: https://my.tokyo-hot.com

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███ Services, Inc. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |
| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

**Jason Tucker**
**SKYPE:** ███████
**Twitter: @**███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker < ██████████████ > |
| **Sent:** | Tuesday, December 17, 2019 2:38 PM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'abuse@godaddy.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CJII - ██ |

Time: 2:35 PM
Date: December 17, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; abuse@godaddy.com

**RE: DMCA Notice for Copyright Infringement – CJII -** 

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ███████████████████████ Phoenix, AZ 85016 USA

Infringing Material:

1. https://kissjav.com/55618/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1238-g%E3%82%AB%E3%83%83%E3%83%97%E7%BE%8E%E5%B0%91%E5%A5%B3%E5%AE%8C%E5%85%A8%E5%
2. https://kissjav.com/29503/tokyo-hot-n1239-haruka-watabe/
3. https://kissjav.com/55739/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1239-%E5%85%AC%E9%96%8B%E8%AC%9D%E7%BD%AAoI%E6%80%A7%E5%87%A6%E7%90%86%E5%A5%89%E4%E5%89%8D%E7%B7%A8/
4. https://kissjav.com/29663/tokyo-hot-n1240-haruka-watabe/
5. https://kissjav.com/29874/tokyo-hot-n1241-anna-oishi/
6. https://kissjav.com/30041/tokyo-hot-n1242-oishi-anna/
7. https://kissjav.com/30207/tokyo-hot-n1243-kasumi-kato-mari-sakurai-sex/
8. https://kissjav.com/30293/tokyo-hot-n1244-kasumi-kato-mari-sakurai/
9. https://kissjav.com/30664/tokyo-hot-n1245-miori-matsuoka-sex/
10. https://kissjav.com/30837/tokyo-hot-n1246-miori-matsuoka-sex/
11. https://kissjav.com/30797/tokyo-hot-n1247-mana-koike-jp/
12. https://kissjav.com/30907/tokyo-hot-n1248-mana-koike-jp/

1

13. https://kissjav.com/31139/tokyo-hot-n1249-yuki-okamoto/
14. https://kissjav.com/31117/tokyo-hot-n1250-yuki-okamoto-jp/
15. https://kissjav.com/31732/tokyo-hot-n1251-erina-fujimoto/
16. https://kissjav.com/31842/tokyo-hot-n1252-erina-fujimoto/
17. https://kissjav.com/31879/tokyo-hot-n1253-yuri-konno/
18. https://kissjav.com/32174/tokyo-hot-n1256-mizuho-kuroda/
19. https://kissjav.com/32187/tokyo-hot-n1257-megumi-ishikawa/
20. https://kissjav.com/36290/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1257-megumi-ishikawa/
21. https://kissjav.com/32589/tokyo-hot-n1258/
22. https://kissjav.com/32796/tokyo-hot-n1260-sana-nakajima/
23. https://kissjav.com/33040/tokyo-hot-n1261/
24. https://kissjav.com/33003/tokyo-hot-n1262/
25. https://kissjav.com/33373/tokyo-hot-n1265/
26. https://kissjav.com/33129/tokyo-hot-n1266-mizuho-hamasaki/
27. https://kissjav.com/33121/tokyo-hot-n1267-remi-minami/
28. https://kissjav.com/36305/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1269-miyo-kasuga/
29. https://kissjav.com/13864/tokyo-hot-n1278-misuzu-takizawamai/
30. https://kissjav.com/36074/tokyo-hot-n1281/
31. https://kissjav.com/34585/tokyo-hot-n1292-tomomi-nonomura/
32. https://kissjav.com/36078/tokyo-hot-n1298-mona-yamaguchi-miho-yoshizaki-yumi-hirayama-rie-furuse-aiko-
33. https://kissjav.com/34892/tokyo-hot-n1301-rina-rina-sex/
34. https://kissjav.com/36076/tokyo-hot-n1302-sana-anju-mei-yuki-hina-mikuru-aina-yukawa-mika-minami/
35. https://kissjav.com/36135/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1307-jp/
36. https://kissjav.com/37148/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1308-jp/
37. https://kissjav.com/37151/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1309-jp/
38. https://kissjav.com/37916/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1310-jp/
39. https://kissjav.com/38376/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1311-jp/
40. https://kissjav.com/38380/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1312/
41. https://kissjav.com/39340/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1313/
42. https://kissjav.com/39876/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1314-%E6%9D%B1%E7%86%B1
    %E3%83%A1%E3%82%AC%E3%83%8D%E3%81%A3%E5%A8%98-%E7%89%B9%E9%9B%86%E3%80%80part1/
43. https://kissjav.com/39874/%E7%84%A1%E4%BF%AE%E6%AD%A3tokyo-hot-n1315-%E6%9D%B1%E7%86%B1
    %E6%8B%98%E6%9D%9F%E6%9C%8D%E5%BE%93%E7%B7%8A%E7%B8%9B%E5%A7%A6-%E7%89%B9%E9%
44. https://kissjav.com/40533/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1316-%E6%9D%B1%E7%86%B
45. https://kissjav.com/41220/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1317-%E6%9D%B1%E7%86%B
    %E5%B1%88%E8%BE%B1%E5%85%AC%E9%96%8B%E8%87%AA%E6%85%B0%E7%89%B9%E9%9B%86-part-3
46. https://kissjav.com/42016/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1319-%E6%9D%B1%E7%86%B
    %E6%80%A7%E5%87%A6%E7%90%86%E6%AE%8B%E6%A5%AD-ol-%E7%89%B9%E9%9B%86/
47. https://kissjav.com/43538/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1322-%E6%9D%B1%E4%BA%A
    %E4%B8%AD%E5%87%BA%E3%81%97%E3%83%9F%E3%83%8B%E3%82%B9%E3%82%AB%E3%83%9D%E3%8
    %E7%89%B9%E9%9B%86%E3%80%80part1/
48. https://kissjav.com/45673/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1326-sex-%E6%9D%B1%E4%B
    %E9%BB%84%E9%87%91%E8%81%96%E6%B0%B4%E7%89%B9%E9%9B%86-part5/

Location of original works: https://my.tokyo-hot.com

2

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███ Services, Inc. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |
| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

Jason Tucker
SKYPE: ███
Twitter: @ ███

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <████████████████████> |
| **Sent:** | Wednesday, December 18, 2019 10:25 AM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'abuse@godaddy.com' |
| **Subject:** | DMCA Notice for Copyright Infringement – CJII - ███ |

Time: 10:22 AM
Date: December 18, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; abuse@godaddy.com

**RE: DMCA Notice for Copyright Infringement – CJII -** 

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ██████████████████████ Phoenix, AZ 85016 USA

Infringing Material:

1. https://kissjav.com/45674/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1327-%E6%9D%B1%E4%BA%AC%E7%86%B1-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%AF%86%E7%9D%80%E3%83%91%E3%83%B3%E3%82%B9%E3%83%8824%E6%99%82-%E7%89%B9%E9%9B%86-part2/
2. https://kissjav.com/45985/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1528-%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96E7%B7%A8-%E4%BA%95%E4%B8%8A%E5%B9%B8%E5%AD%90/
3. https://kissjav.com/46456/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1328-%E6%9D%B1%E4%BA%AC%E7%86%B1-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E3%82%A2%E3%83%8A%E3%83%AB%E3%82%AB%E3%83%B3%E7%89%B9%E9%9B%86-part3/
4. https://kissjav.com/47258/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1329-%E6%9D%B1%E4%BA%AC%E7%86%B1-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-

%E4%B8%B2%E5%88%BA%E3%81%97%E3%81%B6%E3%81%A1%E8%BE%BC%E3%81%BF
%E7%89%B9%E9%9B%86-part6/

5. https://kissjav.com/47259/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1330-
%E6%9D%B1%E4%BA%AC%E7%86%B1-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85%E3%81%94%E3%81%A3%E3%81%8F%E
3%82%93%E3%83%9F%E3%83%AB%E3%82%AF%E9%A3%B2%E3%81%BF%E5%A8%98%E7
%89%B9%E9%9B%86-part5/

6. https://kissjav.com/47430/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1530-
%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%
E7%B7%A8-%E6%9C%A8%E5%B3%B6%E5%BC%98%E5%AD%90/

7. https://kissjav.com/47948/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1331-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2008%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%AF%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83
%88%E7%89%88%E3%80%80part1/

8. https://kissjav.com/48766/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1332-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2008%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%AF%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83
%88%E7%89%88%E3%80%80part2/

9. https://kissjav.com/48768/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1333-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E5%B1%88%E8%BE%B1%E5%85%AC%E9%96%8B%E8%87%AA%E6%85%B0%E7%89%B9
%E9%9B%86%E3%80%80part4/

10. https://kissjav.com/49367/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1334-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2008%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%AF%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83
%88%E7%89%88-jp/

11. https://kissjav.com/50103/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1335-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E5%87%8C%E8%BE%B1%E3%81%AE%E6%A5%B5-
%E5%86%85%E9%83%A8%E6%98%A0%E5%83%8F%E7%89%B9%E9%9B%86%E3%80%80part
2/

12. https://kissjav.com/49367/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1334-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2008%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%AF%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83
%88%E7%89%88-jp/

13. https://kissjav.com/50799/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1337-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E6%80%A7%E5%87%A6%E7%90%86%E6%AE%8B%E6%A5%AD-ol-
%E7%89%B9%E9%9B%86%E3%80%80part3%E3%80%80%E7%A7%98%E6%9B%B8%E7%B7%
A8/

14. https://kissjav.com/53478/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-kb1538-
%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%
E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E5%B0%8F%E5%80%89%E4%AA/

15. https://kissjav.com/51529/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1339-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E9%9B%84%E6%B1%81%E6%B5%81%E3%81%97%E8%BE%BC%E3%81%BF%E7%89%B9%
E9%9B%86-part5/

16. https://kissjav.com/52554/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1340-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-rq-
%E3%82%AD%E3%83%A3%E3%83%B3%E3%82%AE%E3%83%A3%E3%83%AB%E7%89%B9
%E9%9B%86-part3/

17. https://kissjav.com/53332/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1341-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%81%A5%E3%81%95%E3%82%89%E3%81%97-%E3%81%B6%E3%81%A3%E3%81%8B%E3%81%91%E7%89%B9%E9%9B%86%E3%80%80part7/

18. https://kissjav.com/53331/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1342-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E7%99%BD%E7%99%BE%E5%90%88%E3%83%AC%E3%82%BA%E3%83%97%E3%83%AC%E3%82%A4%E7%89%B9%E9%9B%86-part1/

19. https://kissjav.com/54172/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1343-%E6%9D%B1%E4%BA%AC%E7%86%B1-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E7%99%BD%E8%A1%A3%E3%81%AE%E5%A4%A9%E4%BD%BF%E8%A3%8F%E7%9C%8B%E8%AD%B7%E7%89%B9%E9%9B%86-part1/

20. https://kissjav.com/55098/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1344-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B0%8F%E6%82%AA%E9%AD%94%E7%BE%8E%E4%BA%BA%E7%97%B4%E5%A5%B3-%E7%89%B9%E9%9B%86%E3%80%80part1/

21. https://kissjav.com/55097/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1345-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E8%B1%AA%E5%BF%AB%E3%82%B9%E3%83%97%E3%83%A9%E3%83%83%E3%82%B7%E3%83%A5%E6%BD%AE%E5%90%B9%E3%81%8D-%E7%89%B9%E9%9B%86-part3/

22. https://kissjav.com/55931/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1346-%E3%83%95%E3%83%A9%E3%82%A4%E3%83%88%E3%82%A2%E3%83%86%E3%83%B3%E3%83%80%E3%83%B3%E3%83%88%E8%A6%97%E3%81%8D%E8%A6%8B-%E8%A3%8F%E3%82%B5%E3%83%BC%E3%83%93%E3%82%B9-%E7%89%B9%E9%9B%86-part2/

23. https://kissjav.com/56790/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1347-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E4%B8%B2%E5%88%BA%E3%81%97%E3%81%B6%E3%81%A1%E8%BE%BC%E3%81%BF%E7%89%B9%E9%9B%86%E3%80%80part7/

24. https://kissjav.com/56789/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1348-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%84%9F%E6%BF%80-%E3%83%91%E3%82%A4%E3%83%91%E3%83%B3%E7%BE%8E%E5%B0%91%E5%A5%B3%E7%89%B9%E9%9B%86-part4/

Location of original works: https://my.tokyo-hot.com

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███ Services, Inc. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

3

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |
| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

Jason Tucker
SKYPE: █████████
Twitter: @ ███████████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

4

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker < ████████████████ |
| **Sent:** | Thursday, December 19, 2019 11:13 AM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'abuse@godaddy.com' |
| **Subject:** | DMCA Notice for Copyright Infringement – CJII - ██ |

Time: 11:12 AM
Date: December 19, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; abuse@godaddy.com

**RE: DMCA Notice for Copyright Infringement – CJII - ██**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ██████████████████ Phoenix, AZ 85016 USA

Infringing Material:

1. https://kissjav.com/57814/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1349-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E3%82%A2%E3%83%8A%E3%83%AB%E3%82%AB%E3%83%B3%E7%89%B9%E9%9B%86-part4/
2. https://kissjav.com/58276/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1350-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B1%88%E8%BE%B1%E5%85%AC%E9%96%8B%E8%87%AA%E6%85%B0%E7%89%B9%E9%9B%86%E3%80%80part5/
3. https://kissjav.com/58274/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1351-%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2009%E3%83%87%E3%82%A3%E3%83%AC%E3%82%A3%E3%82%AF%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89%88%E3%80%80part1/
4. https://kissjav.com/59135/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1352-%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2009%E3%83%87%E3%82%A3%E3%83%AC%E3%82%A3%E3%82%AF%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89%88%E3%80%80part2/

1

5.  https://kissjav.com/59969/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1354-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%AF%86%E7%9D%80%E3%83%91%E3%83%B3%E3%82%B9%E3%83%8824%E6%99%82-%E7%89%B9%E9%9B%86%E3%80%80part3/

6.  https://kissjav.com/60932/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1355-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85%E3%80%80%E8%BB%9F%E4%BD%93-%E3%82%A2%E3%82%AF%E3%83%AD%E3%83%90%E3%83%83%E3%83%88sex%E7%89%B9%E9%9B%86%E3%80%80part%EF%BC%91/

7.  https://kissjav.com/61679/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1356-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B1%88%E8%BE%B1%E7%BE%9E%E6%81%A5%E3%82%AF%E3%82%B9%E3%82%B3-%E7%89%B9%E9%9B%86%E3%80%80part8/

8.  https://kissjav.com/61678/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1357-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%81%A5%E3%81%95%E3%82%89%E3%81%97-%E3%81%B6%E3%81%A3%E3%81%8B%E3%81%91%E7%89%B9%E9%9B%86%E3%80%80part8/

9.  https://kissjav.com/62326/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1358-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%A5%B3%E5%AD%90%E3%82%A2%E3%83%8A-%E3%81%8A%E5%A4%A9%E6%B0%97%E3%81%8A%E5%A7%89%E3%81%95%E3%82%93-%E7%89%B9%E9%9B%86-part2/

10. https://kissjav.com/63083/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1359-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E9%9B%84%E6%B1%81%E6%B5%81%E3%81%97%E8%BE%BC%E3%81%BF%E7%89%B9%E9%9B%86-part6/

11. https://kissjav.com/63081/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1360-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E9%BB%84%E9%87%91%E8%81%96%E6%B0%B4%E3%81%8A%E3%81%97%E3%81%A3%E3%81%93%E7%89%B9%E9%9B%86%E3%80%80part6/

12. https://kissjav.com/63736/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1361-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%A4%89%E8%BA%AB%E9%A1%98%E6%9C%9B%E7%82%B8%E8%A3%82-%E3%82%B3%E3%82%B9%E3%83%97%E3%83%AC%E7%BE%8E%E4%BA%BA-%E7%89%B9%E9%9B%86-part1/

13. https://kissjav.com/64530/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1362-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B1%88%E8%BE%B1%E5%85%AC%E9%96%8B%E8%87%AA%E6%85%B0%E7%89%B9%E9%9B%86-part6/

14. https://kissjav.com/64529/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1363-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E8%B1%AA%E5%BF%AB%E3%82%B9%E3%83%97%E3%83%A9%E3%83%83%E3%82%B7%E3%83%A5%E6%BD%AE%E5%90%B9%E3%81%8D%E3%80%80part4/

15. https://kissjav.com/65233/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1364-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-w%E5%A5%B3%E5%84%AA%E4%B9%B1%E4%BA%A4%E5%BF%AB%E6%84%9F%E5%A2%97%E5%B9%85%E7%B5%B6%E9%A0%82-%E7%89%B9%E9%9B%86-part1/

16. https://kissjav.com/66052/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1365-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%A4%A7%E5%A5%BD%E7%89%A9-%E7%BE%8E%E4%B9%B3-%E3%82%A8%E3%83%AD%E4%B9%B3%E7%89%B9%E9%9B%86-part2/

2

17. https://kissjav.com/66050/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1366-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E6%9C%AA%E6%88%90%E7%86%9F%E8%B2%A7%E4%B9%B3%E3%81%A1%E3%81%A3%
E3%81%B1%E3%81%84%E7%BE%8E%E5%B0%91%E5%A5%B3%E7%89%B9%E9%9B%86%E3
%80%80part1/

18. https://kissjav.com/68594/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1371-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp20011%E3%83%87%E3%82%A3%E3%83%AC%E3%
82%A3%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89
%88%E3%80%80part2/

19. https://kissjav.com/68593/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1372-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E5%AF%86%E7%9D%80%E3%83%91%E3%83%B3%E3%82%B9%E3%83%8824%E6%99%82-
%E7%89%B9%E9%9B%86%E3%80%80part4/

20. https://kissjav.com/69211/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1373-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2011%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89
%88%E3%80%80part3/

21. https://kissjav.com/70048/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1374-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E5%B1%88%E8%BE%B1%E7%BE%9E%E6%81%A5%E3%82%AF%E3%82%B9%E3%82%B3-
%E7%89%B9%E9%9B%86%E3%80%80part9/

22. https://kissjav.com/70047/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1375-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E6%A5%B5%E4%B8%8A%E6%BF%83%E5%AF%86%E3%83%91%E3%82%A4%E3%82%BA%
E3%83%AA%E6%8E%A5%E5%BE%85%E7%89%B9%E9%9B%86%E3%80%80part1/

23. https://kissjav.com/70883/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1376-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E6%B7%AB%E4%B9%B1%E5%A5%B3%E6%95%99%E5%B8%AB%E4%B8%AD%E5%87%B
A%E6%8E%88%E6%A5%AD-%E7%89%B9%E9%9B%86-part2/

24. https://kissjav.com/71544/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1377-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%84%9F%E6%BF%80-
%E3%83%91%E3%82%A4%E3%83%91%E3%83%B3%E7%BE%8E%E5%B0%91%E5%A5%B3%
E7%89%B9%E9%9B%86-part5/

25. https://kissjav.com/71853/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1377-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%84%9F%E6%BF%80-
%E3%83%91%E3%82%A4%E3%83%91%E3%83%B3%E7%BE%8E%E5%B0%91%E5%A5%B3%
E7%89%B9%E9%9B%86-part5/

26. https://kissjav.com/71543/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1378-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E4%BA%9C%E7%86%B1%E5%B8%AF%E5%AF%86%E6%9E%97%E9%99%B0%E6%AF%9B
%E7%89%B9%E9%9B%86%E3%80%80part1/

27. https://kissjav.com/72755/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1379-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E3%82%A4%E3%82%AD%E5%9C%B0%E7%8D%84%E5%A5%B3%E5%AD%90%E6%A0%A1
%E7%94%9F%E7%89%B9%E9%9B%86-part3/

28. https://kissjav.com/73452/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1380-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E6%81%A5%E3%81%95%E3%82%89%E3%81%97-
%E3%81%B6%E3%81%A3%E3%81%8B%E3%81%91%E7%89%B9%E9%9B%86%E3%80%80part
9/

29. https://kissjav.com/73451/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1381-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E9%9B%84%E6%B1%81%E6%B5%81%E3%81%97%E8%BE%BC%E3%81%BF%E7%89%B9%
E9%9B%86-part7/
30. https://kissjav.com/74223/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1382-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-rq-
%E3%82%AD%E3%83%A3%E3%83%B3%E3%82%AE%E3%83%A3%E3%83%AB%E7%89%B9
%E9%9B%86-part4/
31. https://kissjav.com/75306/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1383-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E4%B8%8B%E5%8A%A3%E5%A8%98%E5%8D%B1%E6%A9%9F%E4%B8%80%E9%AB%AA
-%E9%A3%9F%E3%82%B6%E3%83%BC%E7%89%B9%E9%9B%86%E3%80%80part1/
32. https://kissjav.com/75307/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1384-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E6%A5%B5%E4%B8%8A%E3%83%95%E3%82%A7%E3%83%A9%E6%8A%9C%E3%81%8D%
E5%8F%A3%E5%A5%89%E4%BB%95%E7%89%B9%E9%9B%86-part1/
33. https://kissjav.com/76032/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1385-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E3%82%A2%E3%83%8A%E3%83%AB%E3%82%AB%E3%83%B3%E7%89%B9%E9%9B%86-
part5/
34. https://kissjav.com/76879/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1386-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E5%B1%88%E8%BE%B1%E5%85%AC%E9%96%8B%E8%87%AA%E6%85%B0%E7%89%B9
%E9%9B%86-part7/
35. https://kissjav.com/76880/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1387-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E8%B1%AA%E5%BF%AB%E3%82%B9%E3%83%97%E3%83%A9%E3%83%83%E3%82%B7%
E3%83%A5%E6%BD%AE%E5%90%B9%E3%81%8D%E3%80%80part5/
36. https://kissjav.com/78126/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1388-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2012%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89
%88%E3%80%80part1/
37. https://kissjav.com/79290/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1389-
%E5%A4%A7%E4%B9%B1%E4%BA%A4sp2012%E3%83%87%E3%82%A3%E3%83%AC%E3%8
2%A3%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89
%88%E3%80%80part2/
38. https://kissjav.com/79297/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1390-
%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-
%E4%B8%B2%E5%88%BA%E3%81%97%E3%81%B6%E3%81%A1%E8%BE%BC%E3%81%BF
%E7%89%B9%E9%9B%86%E3%80%80part9/

Location of original works: https://my.tokyo-hot.com

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███ Services, Inc. or any of their
affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

4

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |
| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

Jason Tucker
SKYPE: ███████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <▮▮▮▮▮▮▮▮▮▮▮▮▮> |
| **Sent:** | Thursday, December 19, 2019 11:21 AM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'abuse@godaddy.com' |
| **Subject:** | SECOND DMCA Notice for Copyright Infringement – CJII - ▮▮ |

Time: 11:17 AM
Date: December 19, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; abuse@godaddy.com

**RE: SECOND DMCA Notice for Copyright Infringement – CJII -▮▮**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Phoenix, AZ 85016 USA

Infringing Material:

1. https://kissjav.com/71975/
2. https://kissjav.com/73210/
3. https://kissjav.com/74611/
4. https://kissjav.com/76388/
5. https://kissjav.com/77247/
6. https://kissjav.com/78545/
7. https://kissjav.com/79754/
8. https://kissjav.com/81576/
9. https://kissjav.com/85260/
10. https://kissjav.com/85248/
11. https://kissjav.com/86825/
12. https://kissjav.com/27343/tokyo-hot-n0893-honda-tsubasa/
13. https://kissjav.com/57158/
14. https://kissjav.com/10745/tokyo-hot-n1148-big-boobs-shameless-core-play-hagiwara-kaho/
15. https://kissjav.com/11584/tokyo-hot-n1149-three-holes-fuck-bride-nishijima-reina/
16. https://kissjav.com/10744/tokyo-hot-n1150-sensitive-body-s-acme-world/
17. https://kissjav.com/11713/tokyo-hot-n1151-sweet-big-boobs-shameless-play-hazuki-ayane/

1

18. https://kissjav.com/11496/tokyo-hot-n1152-first-time-creampie-debut-anjo-manami/
19. https://kissjav.com/11607/tokyo-hot-n1153-arimura-midori/
20. https://kissjav.com/11947/tokyo-hot-n1154-takakura-riko/
21. https://kissjav.com/12388/tokyo-hot-n1160-bouble-big-boobs-lewd-ladys/
22. https://kissjav.com/12311/tokyo-hot-n1161-kato-moe/
23. https://kissjav.com/12302/tokyo-hot-n1162-anjo-manami/
24. https://kissjav.com/12369/tokyo-hot-n1163-mana-kitahara/
25. https://kissjav.com/12195/tokyo-hot-n1164-toda-mami/
26. https://kissjav.com/12349/tokyo-hot-tk-n1166-shiina-yuzu/
27. https://kissjav.com/12241/tokyo-hot-n1167-mizuno-haruka/
28. https://kissjav.com/12196/tokyo-hot-n1168-asakura-yumi/
29. https://kissjav.com/13866/tokyo-hot-n1169-hagiwara-kahohazuki-ayane/
30. https://kissjav.com/13909/tokyo-hot-n1170-haneda-mari/
31. https://kissjav.com/13863/tokyo-hot-n1172-shiina-yuzumizuno-haruka/
32. https://kissjav.com/13952/tokyo-hot-n1173-yoshida-rio/
33. https://kissjav.com/13918/tokyo-hot-n1174-anzai-misa/
34. https://kissjav.com/13911/tokyo-hot-n1175-yokoyama-yumi/
35. https://kissjav.com/13916/tokyo-hot-n1176-kitahara-mana/
36. https://kissjav.com/13873/tokyo-hot-n1177-ono-risa/
37. https://kissjav.com/14019/tokyo-hot-n1178-nishikawa-miho/
38. https://kissjav.com/15471/tokyo-hot-n1180-nakai-ayaka/
39. https://kissjav.com/15475/tokyo-hot-n1181-yoshida-rio/
40. https://kissjav.com/15469/tokyo-hot-n1182-nanase-tomoka/
41. https://kissjav.com/15479/tokyo-hot-n1183-fujii-nana-mashiro-airi/
42. https://kissjav.com/15473/tokyo-hot-n1184/
43. https://kissjav.com/15586/tokyo-hot-n1185-kashiwagi-nozomi/
44. https://kissjav.com/15896/tokyo-hot-n1186-kitahara-mana-toda-mami/
45. https://kissjav.com/15875/tokyo-hot-n1187-nakamura-shiho/
46. https://kissjav.com/16588/tokyo-hot-n1188-nakai-ayaka/
47. https://kissjav.com/17023/tokyo-hot-n1189-kobayashi-rio/
48. https://kissjav.com/17388/tokyo-hot-n1190-watabe-haruka/
49. https://kissjav.com/17728/tokyo-hot-n1191-kinoshita-rika/
50. https://kissjav.com/18102/tokyo-hot-n1192-kashiwagi-nozomi/
51. https://kissjav.com/18096/tokyo-hot-n1193-hirayama-natsumi/
52. https://kissjav.com/18249/tokyo-hot-n1194-kobashi-kumi/
53. https://kissjav.com/18518/tokyo-hot-n1195-asai-nao/
54. https://kissjav.com/19901/tokyo-hot-n1199-harada-shiho/
55. https://kissjav.com/20240/tokyo-hot-n1200-okamoto-akane/
56. https://kissjav.com/20680/tokyo-hot-n1201-hirayama-natsumi/
57. https://kissjav.com/20500/tokyo-hot-n1202-kaneko-yuna/
58. https://kissjav.com/20746/tokyo-hot-n1203-kobayashi-rio/
59. https://kissjav.com/20747/tokyo-hot-n1204-yoshida-rio-nakamura-shiho/
60. https://kissjav.com/21132/tokyo-hot-n1205-suzuki-riona/
61. https://kissjav.com/21121/tokyo-hot-n1206-okuno-mika/
62. https://kissjav.com/21496/tokyo-hot-n1207-harada-shiho/
63. https://kissjav.com/21694/tokyo-hot-n1208-odagiri-arisa/
64. https://kissjav.com/21690/tokyo-hot-n1209-tanabe-misaki/
65. https://kissjav.com/22461/tokyo-hot-n1210-hirai-eri/
66. https://kissjav.com/22690/tokyo-hot-n1211-asami-seira/
67. https://kissjav.com/22874/tokyo-hot-n1212-maeda-sara/
68. https://kissjav.com/23122/tokyo-hot-n1213-hirayama-natsumi/

69. https://kissjav.com/23308/tokyo-hot-n1214-suzuki-riona/
70. https://kissjav.com/23734/tokyo-hot-n1215-morinaga-emi/
71. https://kissjav.com/24215/tokyo-hot-n1216-imai-nana/
72. https://kissjav.com/24265/tokyo-hot-n1217-odagiri-arisa/
73. https://kissjav.com/24973/tokyo-hot-n1218-miyashita-honami/
74. https://kissjav.com/24223/tokyo-hot-n1219-hirai-eri/
75. https://kissjav.com/24417/tokyo-hot-n1220-kobayashi-rio-asai-nao/
76. https://kissjav.com/24452/tokyo-hot-n1221-sakurai-mari/
77. https://kissjav.com/24925/tokyo-hot-n1222-kondo-sena/
78. https://kissjav.com/25382/tokyo-hot-n1223-asami-seira-maeda-sara/
79. https://kissjav.com/25145/tokyo-hot-n1224-koike-mana/
80. https://kissjav.com/25162/tokyo-hot-n1225-fujii-saya/
81. https://kissjav.com/25895/tokyo-hot-n1226-arisa-odagiri/
82. https://kissjav.com/25904/tokyo-hot-n1227-erina-fujimoto/
83. https://kissjav.com/26291/tokyo-hot-n1228-fujimoto-erina/
84. https://kissjav.com/37149/
85. https://kissjav.com/27350/tokyo-hot-n1230-eri-hirai/
86. https://kissjav.com/26907/tokyo-hot-n1231-mari-sakurai-cutie-beauty-first-anal-play-part-1/
87. https://kissjav.com/27048/tokyo-hot-n1232-sakurai-mari/
88. https://kissjav.com/27514/tokyo-hot-n1233-nanjo-kumi/
89. https://kissjav.com/28228/tokyo-hot-n1235-fujii-saya/
90. https://kissjav.com/55371/
91. https://kissjav.com/55370/
92. https://kissjav.com/29233/tokyo-hot-n1237-yuri-konno/
93. https://kissjav.com/55621/
94. https://kissjav.com/29158/tokyo-hot-n1238-yuri-konno/
95. https://kissjav.com/55618/
96. https://kissjav.com/29503/tokyo-hot-n1239-haruka-watabe/
97. https://kissjav.com/55739/
98. https://kissjav.com/29663/tokyo-hot-n1240-haruka-watabe/
99. https://kissjav.com/29874/tokyo-hot-n1241-anna-oishi/
100.     https://kissjav.com/30041/tokyo-hot-n1242-oishi-anna/
101.     https://kissjav.com/30207/tokyo-hot-n1243-kasumi-kato-mari-sakurai-sex/
102.     https://kissjav.com/30293/tokyo-hot-n1244-kasumi-kato-mari-sakurai/
103.     https://kissjav.com/30664/tokyo-hot-n1245-miori-matsuoka-sex/
104.     https://kissjav.com/30837/tokyo-hot-n1246-miori-matsuoka-sex/
105.     https://kissjav.com/30797/tokyo-hot-n1247-mana-koike-jp/
106.     https://kissjav.com/30907/tokyo-hot-n1248-mana-koike-jp/
107.     https://kissjav.com/31139/tokyo-hot-n1249-yuki-okamoto/
108.     https://kissjav.com/31117/tokyo-hot-n1250-yuki-okamoto-jp/
109.     https://kissjav.com/31732/tokyo-hot-n1251-erina-fujimoto/
110.     https://kissjav.com/31842/tokyo-hot-n1252-erina-fujimoto/
111.     https://kissjav.com/31879/tokyo-hot-n1253-yuri-konno/
112.     https://kissjav.com/32174/tokyo-hot-n1256-mizuho-kuroda/
113.     https://kissjav.com/32187/tokyo-hot-n1257-megumi-ishikawa/
114.     https://kissjav.com/36290/
115.     https://kissjav.com/32589/tokyo-hot-n1258/
116.     https://kissjav.com/32796/tokyo-hot-n1260-sana-nakajima/
117.     https://kissjav.com/33040/tokyo-hot-n1261/
118.     https://kissjav.com/33003/tokyo-hot-n1262/
119.     https://kissjav.com/33373/tokyo-hot-n1265/

120.    https://kissjav.com/33129/tokyo-hot-n1266-mizuho-hamasaki/
121.    https://kissjav.com/33121/tokyo-hot-n1267-remi-minami/
122.    https://kissjav.com/36305/
123.    https://kissjav.com/13864/tokyo-hot-n1278-misuzu-takizawamai/
124.    https://kissjav.com/36074/tokyo-hot-n1281/
125.    https://kissjav.com/34585/tokyo-hot-n1292-tomomi-nonomura/
126.    https://kissjav.com/36078/tokyo-hot-n1298-mona-yamaguchi-miho-yoshizaki-yumi-hirayama-rie-furuse-aiko-hirose/
127.    https://kissjav.com/34892/tokyo-hot-n1301-rina-rina-sex/
128.    https://kissjav.com/36076/tokyo-hot-n1302-sana-anju-mei-yuki-hina-mikuru-aina-yukawa-mika-minami/
129.    https://kissjav.com/36135/
130.    https://kissjav.com/37148/
131.    https://kissjav.com/37151/
132.    https://kissjav.com/37916/
133.    https://kissjav.com/38376/
134.    https://kissjav.com/38380/
135.    https://kissjav.com/39340/
136.    https://kissjav.com/39876/
137.    https://kissjav.com/39874/
138.    https://kissjav.com/40533/
139.    https://kissjav.com/41220/
140.    https://kissjav.com/42016/
141.    https://kissjav.com/43538/
142.    https://kissjav.com/45673/
143.    https://kissjav.com/45674/
144.    https://kissjav.com/45985/
145.    https://kissjav.com/46456/
146.    https://kissjav.com/47258/
147.    https://kissjav.com/47259/
148.    https://kissjav.com/47430/
149.    https://kissjav.com/47948/
150.    https://kissjav.com/48766/
151.    https://kissjav.com/48768/
152.    https://kissjav.com/49367/
153.    https://kissjav.com/50103/
154.    https://kissjav.com/49367/
155.    https://kissjav.com/50799/
156.    https://kissjav.com/53478/
157.    https://kissjav.com/51529/
158.    https://kissjav.com/52554/
159.    https://kissjav.com/53332/
160.    https://kissjav.com/53331/
161.    https://kissjav.com/54172/
162.    https://kissjav.com/55098/
163.    https://kissjav.com/55097/
164.    https://kissjav.com/55931/
165.    https://kissjav.com/56790/
166.    https://kissjav.com/56789/

Location of original works: https://my.tokyo-hot.com

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ▇ Services, Inc. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |
| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

Jason Tucker
SKYPE: ▇
Twitter: @▇

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker < ▮▮▮▮▮▮▮▮▮▮▮▮▮ > |
| **Sent:** | Monday, December 23, 2019 9:12 AM |
| **To:** | 'adminrussia2200@protonmail.com'; 'abuse@ovh.ca'; 'noc@venom-dc.com'; 'abuse@cloudflare.com'; 'domainabuse@tucows.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CJII |

Time: 9:01 AM
Date: December 23, 2019
Via Email: adminrussia2200@protonmail.com; abuse@ovh.ca; noc@venom-dc.com; abuse@cloudflare.com; domainabuse@tucows.com

**RE: DMCA Notice for Copyright Infringement - CJII**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Phoenix, AZ 85016 USA

Infringing Material:

1. https://kissjav.com/80305/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1391-%E5%A4%A7%E4%B9%B1%E4%BA%A4sp20012%E3%83%87%E3%82%A3%E3%83%AC%E3%82%A3%E3%82%BF%E3%83%BC%E3%82%BA%E3%82%AB%E3%83%83%E3%83%88%E7%89%88%E3%80%80part3/
2. https://kissjav.com/81062/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1392-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E9%BB%84%E9%87%91%E8%81%96%E6%B0%B4%E3%81%8A%E3%81%97%E3%81%A3%E3%81%93%E7%89%B9%E9%9B%86%E3%80%80part7/
3. https://kissjav.com/81059/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1393-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%AF%86%E7%9D%80%E3%83%91%E3%83%B3%E3%82%B9%E3%83%8824%E6%99%82-%E7%89%B9%E9%9B%86%E3%80%80part5/
4. https://kissjav.com/82262/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1394-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E7%99%BD%E8%A1%A3%E3%81%AE%E5%A4%A9%E4%BD%BF%E8%A3%8F%E7%9C%8B%E8%AD%B7%E7%89%B9%E9%9B%86-part2/

1

5. https://kissjav.com/83403/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1395-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B1%88%E8%BE%B1%E7%BE%9E%E6%81%A5%E3%82%AF%E3%82%B9%E3%82%B3-%E7%89%B9%E9%9B%86%E3%80%80part10/

6. https://kissjav.com/83402/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1396-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E9%9B%84%E6%B1%81%E6%B5%81%E3%81%97%E8%BE%BC%E3%81%BF%E7%89%B9%E9%9B%86-part8/

7. https://kissjav.com/84753/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1397-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E7%BE%8E%E4%BA%BA%E5%A5%B3%E5%8C%BB%E6%AC%B2%E6%9C%9B%E8%A8%BA%E5%AF%9F%E5%AE%A4-%E7%89%B9%E9%9B%86-part1/

8. https://kissjav.com/85345/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1398-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%BF%80%E9%9C%87%E9%9B%BB%E6%B0%97%E3%83%89%E3%83%AA%E3%83%AB%E8%A6%9A%E9%86%92%E8%B2%AC-%E7%89%B9%E9%9B%86-part1/

9. https://kissjav.com/85495/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1399-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E7%BE%8E%E5%B0%91%E5%A5%B3%E5%AD%A6%E5%9C%92%E6%B7%AB%E4%B9%B1%E4%BD%93%E8%82%B2%E6%8E%88%E6%A5%AD-%E7%89%B9%E9%9B%86-part1/

10. https://kissjav.com/86324/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1400-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%87%8C%E8%BE%B1%E6%9C%8D%E5%BE%93%E3%83%A1%E3%82%A4%E3%83%89%E7%89%B9%E9%9B%86-part3/

11. https://kissjav.com/86906/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1401-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%84%9F%E6%BF%80-%E3%83%91%E3%82%A4%E3%83%91%E3%83%B3%E7%BE%8E%E5%B0%91%E5%A5%B3%E7%89%B9%E9%9B%86-part6/

12. https://kissjav.com/86915/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1402-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E4%BA%9C%E7%86%B1%E5%B8%AF%E5%AF%86%E6%9E%97%E9%99%B0%E6%AF%9B%E7%89%B9%E9%9B%86%E3%80%80part2/

13. https://kissjav.com/87822/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1403-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E6%AD%B4%E4%BB%A3%E7%BE%8E%E5%B0%91%E5%A5%B3%E3%82%A2%E3%82%A4%E3%83%89%E3%83%AB%E7%B7%8F%E9%81%B8%E6%8A%9C%E7%89%B9%E9%9B%86-part1/

14. https://kissjav.com/88662/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1404-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B1%88%E8%BE%B1%E5%85%AC%E9%96%8B%E8%87%AA%E6%85%B0%E7%89%B9%E9%9B%86-part8/

15. https://kissjav.com/88663/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1405-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E8%B1%AA%E5%BF%AB%E3%82%B9%E3%83%97%E3%83%A9%E3%83%83%E3%82%B7%E3%83%A5%E6%BD%AE%E5%90%B9%E3%81%8D%E3%80%80part6/

16. https://kissjav.com/90175/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1407-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E9%BB%84%E9%87%91%E8%81%96%E6%B0%B4%E3%81%8A%E3%81%97%E3%81%A3%E3%81%93%E7%89%B9%E9%9B%86%E3%80%80part8/

17. https://kissjav.com/91200/%E7%84%A1%E4%BF%AE%E6%AD%A3-tokyo-hot-n1409-%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-

%E7%BE%8E%E4%BA%BA%E9%AB%98%E7%B4%9A%E3%83%A2%E3%83%87%E3%83%AB-%E7%89%B9%E9%9B%86-part1/

Location of original works: https://my.tokyo-hot.com

User: https://kissjav.com/users/ilovejav/

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███ Services, Inc. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

IPS:

| RESOLVE | LOCATION | NETWORK | TAG |
|---|---|---|---|
| 82.118.242.43 | BG | 82.118.242.0/24 | Verdina Ltd |
| 167.114.1.129 | CA | 167.114.0.0/17 | OVH-SAS |
| 217.182.203.101 | PL | 217.182.0.0/16 | OVH-SAS |
| 104.27.142.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 104.27.143.198 | US | 104.27.128.0/20 | Cloudflare-Inc |
| 184.168.221.82 | US | 184.168.220.0/22 | GoDaddy.Com |
| 50.62.109.82 | US | 50.62.108.0/22 | GoDaddy.Com |

Jason Tucker
SKYPE: ███
Twitter: @███

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.

3

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611147013
Cashier ID: sprinka
Transaction Date: 01/21/2020
Payer Name: rapid legal
---------------------------------------
MISCELLANEOUS PAPERS
 For: REQUEST FOR DMCA
 Case/Party: D-CAN-3-20-MC-080017-001
 Amount:       $47.00
---------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 137153
 Amt Tendered:  $47.00
---------------------------------------
Total Due:       $47.00
Total Tendered: $47.00
Change Amt:      $0.00

JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.